UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
USA

    -v-                                        ORDER
                                                  1997CR 70

VINCENT RICCUITI
-----------------------------------------------------X

    On April 28, 2005 the United States Court of Appeals for the Second Circuit remanded this case for resentence. A motion for recusal was made by prior counsel and was denied on July 15, 2005 and the court indicated that defendant should retain new counsel. A notice of appearance for new counsel was filed on April 19, 2006. No communication with the Court has been established to reschedule this case for sentence.

    Sentence is scheduled for Friday, October 27, 2006 at 9:30 a.m. No adjournments will be granted. The parties will be prepared to go forward with sentence at this time.

                                                                  /s/
                                                                 Thomas C. Platt
                                                                 United States District Judge

Dated: October 2, 2006
       Central Islip, NY